# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| TONY CLINGAMAN, | § |
| Plaintiff, | § § § |
| v. | §   No. |
| STEPHENS & MICHAELS ASSOCIATES, INC., | § § § |
| Defendant. | § § |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

TONY CLINGAMAN (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against STEPHENS & MICHAELS ASSOCIATES, INC. (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Texas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Magnolia, Montgomery County, Texas.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national debt collection company with its headquarters in Salem, New Hampshire.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant places collection calls to Plaintiff from: 866-201-0940

13. Defendant places collection calls to Plaintiff at his place of employment.

14. Defendant failed to inform Plaintiff that it is a debt collector (see Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural consequence is the abuse and harassment of the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692e(10)* of the FDCPA by engaging in deceptive means to

attempt to collect a debt by failing to inform Plaintiff that it is a debt collector.

d. Defendant violated *§1692e(11)* of the FDCPA and failing to disclose in subsequent communications that the call is from a debt collector.

WHEREFORE, Plaintiff, TONY CLINGAMAN, respectfully requests judgment be entered against Defendant, STEPHENS & MICHAELS ASSOCIATES, INC, for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

19. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By:   /s/ Michael S. Agruss, Esq.
Michael S. Agruss, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
magruss@consumerlawcenter.com
P: 323-988-2400 x 235
FAX: 866-583-3695

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, TONY CLINGAMAN, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS

Plaintiff, TONY CLINGAMAN, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TONY CLINGAMAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_3-15-10_
Date

_____
TONY CLINGAMAN

# **EXHIBIT A**

This message is for Tony Clingaman.  Tony this is Amy Frits calling from the firm of Stephens and Michaels.  You need to return my call at 1-866-201-0940.

This message is for Tony Clingaman.  It is extremely important that I receive a phone call back today.  My name is David Driskell calling from the firm of Stephens and Michaels.  This call is in regards to case number 1097032.  My _____ phone number is 1-866-201-0940 and my extension is 2915.