## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| TONY CLINGAMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 4:10-cv-00960 |
| § | |
| STEPHENS & MICHAELS ASSOCIATES, § | |
| INC., § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, TONY CLINGAMAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                              Respectfully Submitted,

DATED:  August 27, 2010              KROHN & MOSS, LTD.

                                            By: /s/ Michael S. Agruss
                                                Michael S. Agruss Esq.
                                                Attorneys for Plaintiff
                                                Krohn & Moss, Ltd.
                                                10474 Santa Monica Blvd.,
                                                Suite 401,
                                                Los Angeles, CA 90025