UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tony Clingaman,<br>    Plaintiff, | § § § | |
| V. | § § | C.A. No.   H-10-960 |
| Stephen & Michaels Associates,<br><br>    Defendant. | § § § | |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that an amicable settlement has been reached in this action, it is

ORDERED that this cause be, and is hereby, dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within ninety days (90) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.  It is further

ORDERED that all motions currently pending are DENIED WITHOUT PREJUDICE.  Any movant seeking to resubmit or reurge those motions must do so with ten (10) days from the date of reinstatement.

SIGNED at Houston, Texas on this __31__ day of August, 2010.

_____
DAVID HITTNER
United States District Judge