**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | |
|---|---|
| TONY CLINGAMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 4:10-cv-00960 |
| § | |
| STEPHENS & MICHAELS ASSOCIATES, § | |
| INC., § | |
| § | |
| Defendant. § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, TONY CLINGAMAN and Defendant, STEPHENS & MICHAELS ASSOCIATES, INC., stipulate, and the Court hereby orders, as follows:

1.  The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, TONY CLINGAMAN, against Defendant, STEPHENS & MICHAELS ASSOCIATES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

1
2   Dated: September 14, 2010          KROHN & MOSS, LTD.
3                                      /s/ Michael S. Agruss
                                       Michael S. Agruss (CA SBN: 259567)
4                                      Krohn & Moss, Ltd
                                       10474 Santa Monica Blvd.
5                                      Suite 401
                                       Los Angeles, CA 90025
6                                      Tel: 323-988-2400 x235
                                       Fax: (866) 620-2956
7                                      magruss@consumerlawcenter.com
                                       Attorney for Plaintiff, TONY CLINGAMAN
8
9
10
11  Dated: September 14, 2010          BUSH & RAMIREZ, L.L.C.
                                       /s/ Keith Wier
12                                     W. Keith Wier
                                       State Bar No. 21436100
13                                     Fed. ID No. 7930
                                       24 Greenway Plaza, Suite 1700
14                                     Houston, Texas 77046
                                       Telephone: (713) 626-1555
15                                     Facsimile: (713) 622-8077
                                       Attorney for Defendant, STEPHENS & MICHAELS
16                                     ASSOCIATES, INC.
17
18
19
20
21
22
23
24
25
26
27
28

2

Stipulation of Dismissal and [Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Foregoing Stipulation Is Approved And Is So Ordered.

Signed this      day of         , 2010

_____

United States District Judge