1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Foregoing Stipulation Is Approved And Is So Ordered.

Signed this 15 day of SEPT, 2010

*[signature: David Hittner]*

United States District Judge